UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VERIZON OF NEW ENGLAND,  )
                         )
        Plaintiff,       )
                         )
    v.                   )     CIVIL ACTION
                         )     NO. 08cv11457-NG
RNK, INC. ,              )
                         )
        Defendant.       )

FIRST ORDER ON PENDING DISCOVERY MOTIONS

September 30, 2009

SOROKIN, M.J.

The Court has received the parties' Joint Status Report.

1. The Court adopts the schedule jointly proposed by the parties. After the Court issues its ruling on the pending motions, the parties shall submit a schedule listing the actual deadlines for the record.

2. By October 6, 2009, the parties shall submit their proposed sampling methodology. The Court will review the submissions and determine, at that time, whether further argument by phone or in-person is necessary.

3. In light of the parties agreement, the Court understands that all the pending discovery issues have been settled except as noted in this paragraph. The Court will resolve, based on the briefing to date, whether RNK must produce the names of its customers; and, based on the

October 6th filings, the sampling methodology. In addition, the Court will resolve RNK's Motion to Compel based upon the briefing and argument to date.

/s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE