UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VERIZON OF NEW ENGLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 08cv11457-NG |
| RNK, INC. , | ) | |
| | ) | |
| Defendant. | ) | |

SECOND ORDER ON PENDING DISCOVERY MOTIONS

October 14, 2009

SOROKIN, M.J.

After reviewing the parties competing sampling proposals, the Court adopts the proposal submitted by Verizon. Verizon's request for the names of RNK's customers is DENIED. The parties shall submit the revised schedule within seven days.

Verizon's Motion to Compel (Docket #42) is ALLOWED IN PART AND DENIED IN PART.

RNK's Motion to Compel (Docket #46) is DENIED WITHOUT PREJUDICE to pursuing the substance of the discovery in a Rule 30(b)(6) deposition.

/s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE